IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40567
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIKE RENA, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC Nos. B-94-CV-266, B-90-CR-323-13
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Appellant Mike Rena, Jr., appeals from the district court's order denying his motion to vacate his sentence, filed pursuant to 28 U.S.C. § 2255. He argues that the district court erred in enhancing his offense level based on his role as a "supervisor," under U.S.S.G. § 3B1.1, and in denying an offense role reduction for acceptance of responsibility, under U.S.S.G. § 3E1.1. Because claims challenging technical applications of the Sentencing Guidelines are not cognizable in a § 2255 proceeding,

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Rena's arguments are meritless.  <u>United States v. Vaughn</u>, 955 F.2d 367, 368 (5th Cir. 1992).

AFFIRMED.